UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JOHN DOE,

                              Plaintiff,                              14 Civ. 3573 (JMF)

                                -v-                                      ORDER

COLUMBIA UNIVERSITY et al.,

                              Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff seeks leave to proceed pseudonymously as "John Doe." The Court hereby grants Plaintiff's request, at least until further notice. **Within three weeks of entering a notice of appearance**, Defendants shall submit a letter, not to exceed five pages, expressing their views on whether Plaintiff should be permitted to continue proceeding pseudonymously. Defendants should not reveal Plaintiff's true identity in any publicly filed documents.

      As Plaintiff has presented no basis to seal the case in its entirety, the Clerk of Court is directed to docket all case materials and to unseal the case.

      SO ORDERED.

Date: June 9, 2014
       New York, New York

                                                                   _____
                                                                     JESSE M. FURMAN
                                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/9/14