Form 27 - GENERAL PURPOSE                                          gwen

P356460

**NESENOFF &MILTENBERG, LLP**     NESENOFF &MILTENBERG, LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
JOHN DOE                                              index No. 14-CV-3573
                                         PLAINTIFF    Date Filed
                       - vs -
COLUMBIA UNIVERSITY, ETANO
                                         DEFENDANT    Office No.
                                                      Court Date.
-----------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JULIUS THOMPSON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **03RD** day of **JUNE, 2014 12:22PM** at
**OFFICE OF GENERAL COUNSEL 535 WEST 116TH STREET
NEW YORK NY 10027**
I served a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, JURY DEMAND,** upon **THE TRUSTEES OF COLUMBIA UNIVERSITY
the DEFENDANT** therein named by delivering to, and leaving personally with
**RICHARD SOPER , AUTHORIZED TO ACCEPT**
a true copy of each thereof.
          Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                SEX: **MALE**   COLOR: **WHITE** HAIR: **BROWN**
                APP.AGE: **26** APP. HT: **6/1** APP. WT: **150**
                OTHER IDENTIFYING FEATURES

COMMENTS:

Sworn to before me this
04TH day of JUNE, 2014

RYAN PARCHMENT
Notary Public, QUEENS COUNTY
  01PA6273381
Qualified in QUEENS COUNTY
Commission Expires 12/10/2016

JULIUS THOMPSON 822528
inSync Litigation Support, LLC
75 MAIDEN LANE, 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-NM-S-356460