UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,

        Plaintiff,

  -against-

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

        Defendants.

Civ. Action No. 14-cv-3573-JMF

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Columbia University and the Trustees of Columbia University.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 18, 2014

Respectfully submitted,

/s/ _Alan E. Schoenfeld_____
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

**CERTIFICATE OF SERVICE**

       I, Alan E. Schoenfeld, hereby certify that on June 18, 2014, a true and correct copy of the foregoing Notice of Appearance, dated June 18, 2014, was served by overnight mail on:

Andrew T. Miltenberg
Kimberly C. Lau
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
klau@nmllplaw.com

David Aylor (*pro hac vice pending*)
David Aylor Law Offices
24 Broad Street
Charleston, SC 29401
(843) 577-5530
david@davidaylor.com

Stephen Schmutz (*pro hac vice pending*)
Schmutz & Schmutz
24 Broad Street
Charleston, SC 29401
(843) 577-5530
steve@schmutzlaw.com


Dated: June 18, 2014                                                               /s/ _Alan E. Schoenfeld_____
                                                                                        Alan E. Schoenfeld