WILMERHALE

June 18, 2014

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:   *John Doe v. Columbia University and Trustees of Columbia University*
      Civil Action No. 14-cv-3573 (JMF)
      Joint Letter-Motion for Extension of Time to file Motion to Dismiss

Dear Judge Furman,

In accordance with Rule 1E of Your Honor's Individual Practices, Plaintiff John Doe and Defendants Columbia University and Trustees of Columbia University (collectively, "the Parties") respectfully submit this joint letter-motion requesting a seventeen-day extension of time for Defendants to answer, move, or otherwise respond to the Complaint, and proposing a schedule for briefing Defendants' anticipated motion to dismiss.

The original due date for responding to Plaintiff's Complaint is June 24, 2014, and the requested extension date is July 11, 2014. There have been no previous requests for extension in this matter. The Parties have conferred and Plaintiff consents to the requested extension. Presently, the Parties do not have a scheduled appearance with the Court. No other dates on the case schedule would be affected by this request. The Parties propose that Plaintiff's response to Defendant's anticipated motion to dismiss be due August 18, 2014, and that any reply by Defendants be due September 8, 2014.

We are, of course, available to discuss this or any other matters.

WILMERHALE

June 18, 2014
Page 2


Respectfully submitted,


By: /s/ Andrew T. Miltenberg_____
Andrew T. Miltenberg
Kimberly C. Lau
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
klau@nmllplaw.com

By: /s/ Alan E. Schoenfeld_____
Paul R.Q. Wolfson (*pro hac vice to be filed*)
Bruce M. Berman (*pro hac vice to be filed*)
Danielle Conley (*pro hac vice to be filed*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
paul.wolfson@wilmerhale.com
bruce.berman@wilmerhale.com
danielle.conley@wilmerhale.com

David Aylor (*pro hac vice pending*)
David Aylor Law Offices
24 Broad Street
Charleston, SC 29401
(843) 577-5530
david@davidaylor.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Stephen Schmutz (*pro hac vice pending*)
Schmutz & Schmutz
24 Broad Street
Charleston, SC 29401
(843) 577-5530
steve@schmutzlaw.com

*Attorneys for Defendants Columbia University and Trustees of Columbia University*

*Attorneys for Plaintiff John Doe*