# WILMERHALE

June 18, 2014

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:   *John Doe v. Columbia University and Trustees of Columbia University*
        Civil Action No. 14-cv-3573 (JMF)
        Letter Motion for Leave to Exceed Page Limit

Dear Judge Furman,

In accordance with Rule 3D of this Court's Individual Practices, Defendants Columbia University and Trustees of Columbia University respectfully submit this letter-motion requesting that this Court grant permission to submit a memorandum in support of its forthcoming Motion to Dismiss the Complaint not to exceed 40 pages in length, in 12-point font and double spaced. Defendants have conferred with Plaintiff John Doe, and Plaintiff opposes this request. If the requested relief is granted, defendants do not object to the grant of a similar extension for Plaintiff's brief in opposition.

Defendants believe that additional pages are warranted because Plaintiff's 53-page complaint alleges a complex set of facts and eight causes of action that require individual attention.  Considering these circumstances, Defendants request 15 additional pages beyond the Court's typical 25-page limit.

We are available to discuss this or any other matters.

Respectfully submitted,

WILMERHALE

June 18, 2014
Page 2

        By: /s/ Alan E. Schoenfeld
        Paul R.Q. Wolfson (*pro hac vice to be filed*)
        Bruce M. Berman (*pro hac vice to be filed*)
        Danielle Conley (*pro hac vice to be filed*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        Tel: (202) 663-6000
        Fax: (202) 663-6363
        paul.wolfson@wilmerhale.com
        bruce.berman@wilmerhale.com
        danielle.conley@wilmerhale.com

        Alan E. Schoenfeld
        Wilmer Cutler Pickering Hale and Dorr LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        Tel: (212) 230-8800
        Fax: (212) 230-8888
        alan.schoenfeld@wilmerhale.com

        *Attorneys for Defendants Columbia University*
        *and Trustees of Columbia University*