# NESENOFF & MILTENBERG, LLP
## ATTORNEYS AT LAW

IRA S. NESENOFF
ANDREW T. MILTENBERG

MEGAN S. GODDARD
SHARI S. LASKOWITZ

KIMBERLY C. LAU
MARCO A. SANTORI
BARBARA H. TRAPASSO
ARIYA M. WAXMAN
ROBERT D. WERTH
DIANA R. ZBOROVSKY

SENIOR LITIGATION
COUNSEL

PHILIP A. BYLER

COUNSEL

REBECCA C. NUNBERG
MARLA B. TUSK

PARALEGALS

ALLISON A. DUGGAN
ROSA L. ZAPATA
CHRISTINA SPINELLI

July 10, 2014

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court Judge
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

   Re:   **John Doe v. Columbia University and Trustees of Columbia University**
         **Civil Action No.: 14-cv-3573 (JMF)**

Dear Judge Furman:

   The undersigned is counsel to plaintiff, John Doe ("Plaintiff"), in the above-referenced matter. Yesterday, we received a letter from defendants, Columbia University and Trustees of Columbia University ("Defendants"), which purports to advise Your Honor that Defendants "do not oppose" Plaintiff's Motion for Leave to Proceed Under Pseudonym ("Motion"). Defendants' letter of advisement, however, goes on to provide additional commentary regarding Defendants' feelings on Plaintiff's choice to commence the action under a pseudonym. Thus, we feel constrained to write the instant letter in response.

   As clearly noted in the Complaint (pp. 21-24), Plaintiff's action was commenced against the backdrop of sharp criticism and malicious commentary lodged by several Columbia University student organizations claiming that the university is not being vigilant enough when handling cases involving alleged sexual misconduct. In fact, such student backlash was highly publicized in an article from the New York Times describing how female Columbia University students scribbled the names of alleged male student sexual assailants on the wall of the women's restroom at Columbia University. See The New York Times Online, *available at* http://www.nytimes.com/2014/05/14/nyregion/list-of-names-in-sex-assaults-roils-columbia.html?_r=0 (last visited July 9, 2014). The decision to proceed pseudonymously and to shield the female student accuser's identity was not only a calculated one, but one made out of respect for the female student and protection from retaliation for Plaintiff, as an alleged male student sexual assailant.

   The fact that Defendants question Plaintiff's motives for bringing the action pseudonymously demonstrates their failure to review the pleadings and/or understand the current climate surrounding Columbia University.

NESENOFF & MILTENBERG, LLP
ATTORNEYS AT LAW

Hon. Jesse M. Furman
July 10, 2014
Page 2 of 2

      We are grateful for Your Honor's attention to these matters. Should you have any questions, please contact the undersigned.

                Very truly yours,
                NESENOFF & MILTENBERG, LLP

                By: _____
                Andrew T. Miltenberg, Esq.
                Kimberly C. Lau, Esq.

cc:    Alan Schoenfeld, Esq.