UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,                                          :

                         Plaintiff,               :

            -against-                             :        Civ. Action No. 14-cv-3573-JMF

COLUMBIA UNIVERSITY and                           :
TRUSTEES of COLUMBIA UNIVERSITY,                  :

                         Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and all other papers, dated July 11, 2014, Defendants Columbia University and the Trustees of Columbia University, by and through their undersigned counsel, move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007, for an order dismissing with prejudice all claims in the Complaint against the Defendants for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying Memorandum of Law, the Declaration of Alan E. Schoenfeld, and the exhibits thereto.  Defendants respectfully request oral argument on the motion in the accompanying letter request, filed today.

Dated: New York, New York
      July 11, 2014

Respectfully submitted,

/s/ Alan E. Schoenfeld

Paul R.Q. Wolfson (*pro hac vice*)
Bruce M. Berman (*pro hac vice*)
Danielle Conley (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
paul.wolfson@wilmerhale.com
bruce.berman@wilmerhale.com
danielle.conley@wilmerhale.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Columbia University*
*and Trustees of Columbia University*