UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,

           Plaintiff,

    -against-                    Civ. Action No. 14-cv-3573-JMF

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ALAN E. SCHOENFELD
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Alan E. Schoenfeld, declare and state as follows:

1.     I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Columbia University and Trustees of Columbia University (together, "Columbia") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called to do so, could and would competently testify thereto.

2.     Attached hereto as Exhibit A is a true and accurate copy of the Letter from Russlynn Ali, Assistant Secretary for Civil Rights, United States Department of Education, dated April 4, 2011, and available at http://www2.ed.gov/about/offices/list/ocr/letters/colleague-201104.pdf.

3.     Attached hereto as Exhibit B is a true and accurate copy of Columbia's *Gender-Based Misconduct Policies for Students*, which is available at http://ssgbsm.columbia.edu/files/gbsm/content/Gender-Based_Misconduct_Policies_Students.pdf

4. Attached hereto as Exhibit C is a true and accurate copy of Columbia's *Student Policies and Procedures on Discrimination and Harassment,* which is available at http://eoaa.columbia.edu/files/eoaa/content/student_policies_procedures_discrim_harass_final_april_2013.pdf.

Executed this 11th day of July, 2014, at New York, New York.

                                                         /s/ Alan E. Schoenfeld