UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                :

JOHN DOE,                                :

                  Plaintiff,         :

                                 :

         -v-                      :

                                 :

COLUMBIA UNIVERSITY et al.,      :

                               :

                Defendants.      :

                               :

------------------------------------------------------------------X

14-CV-3573 (JMF)

<u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

      On **July 11, 2014**, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **August 1, 2014**.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiff, stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

      It is further ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **August 1, 2014**.  Defendant's reply, if any, shall be served by **August 8, 2014**.  At the time any reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: July 15, 2014
      New York, New York

                            JESSE M. FURMAN
                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _07/15/2014_