## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )ss.:
COUNTY OF NEW YORK          )

      **NINOSKA DEOLEO** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 18th day of August, 2014 deponents served a true copy of the annexed **AMENDED COMPLAINT** by First Class Mail in a pre-wrapped package addressed to:

To:    **WILMER CUTLER PICKERING HALE AND DORR LLP**
        **Attorneys for Defendants**
        **Alan E. Schoenfeld, Esq.**
        **7 World Trade Center**
        **250 Greenwich Street**
        **New York, New York 10007**

_____
Ninoska Deoleo

Sworn to before me this
18th day of August, 2014

_____
NOTARY PUBLIC

KIMBERLY C. LAU
Notary Public, State of New York
No. 02LA6228896
Qualified in Queens County
Commission Expires September 27, 2014