UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,

               Plaintiff,

     -against-               Civ. Action No. 14-cv-3573-JMF

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and all other papers, dated September 8, 2014, Defendants Columbia University and the Trustees of Columbia University, by and through their undersigned counsel, move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007, for an order dismissing with prejudice all claims in the Amended Complaint against the Defendants for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The basis for the motion is set forth in the accompanying Memorandum of Law, the Declaration of Alan E. Schoenfeld, and the exhibits thereto.  Defendants respectfully request oral argument on the motion in the accompanying letter request, filed today.

Dated: New York, New York  
September 8, 2014

Respectfully submitted,

/s/ Alan E. Schoenfeld

Paul R.Q. Wolfson (*pro hac vice*)  
Bruce M. Berman (*pro hac vice*)  
Danielle Conley (*pro hac vice*)  
Wilmer Cutler Pickering Hale and Dorr LLP  
1875 Pennsylvania Avenue NW  
Washington, DC 20006  
Tel: (202) 663-6000  
Fax: (202) 663-6363  
paul.wolfson@wilmerhale.com  
bruce.berman@wilmerhale.com  
danielle.conley@wilmerhale.com

Alan E. Schoenfeld  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Tel: (212) 230-8800  
Fax: (212) 230-8888  
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Columbia University and Trustees of Columbia University*