# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

September 8, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:   *John Doe v. Columbia University and Trustees of Columbia University*
        Civil Action No. 14-cv-3573 (JMF)
        Letter Requesting Oral Argument on Motion to Dismiss

Dear Judge Furman,

In accordance with Rule 3G of this Court's Individual Practices, Defendants Columbia University and Trustees of Columbia University respectfully request that the Court grant oral argument on their Motion to Dismiss Plaintiff's Amended Complaint, filed with the Court today.

We are of course available at the Court's convenience to discuss this or any other matters.

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:    All Counsel of Record (via ECF)