UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 09/09/2014 ___
```

-------------------------------------------------------------------X
                      :

JOHN DOE,                    :
                      :
           Plaintiff,    :
                      :       14-CV-3573 (JMF)
      -v-              :
                      :       <u>ORDER</u>
COLUMBIA UNIVERSITY et al.,   :
                      :
           Defendants.   :
                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 11, 2014, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  On July 22, 2014, the Court issued a modified order granting Plaintiff until August 18, 2014 to file an amended complaint or an opposition to Defendants' motion to dismiss.  On August 18, 2014, Plaintiff filed an amended complaint, and on September 8, 2014, Defendants filed a new motion to dismiss.  Accordingly, Defendants' original motion to dismiss the complaint is denied as moot.

Plaintiff's opposition to Defendants' motion to dismiss is due **September 22, 2014**. Defendants' reply, if any, is due **September 29, 2014**.

The Clerk of Court is directed to terminate Defendants' first motion to dismiss (Docket No. 21).

SO ORDERED.

Dated: September 9, 2014
      New York, New York

JESSE M. FURMAN
United States District Judge