# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

September 23, 2014

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:   *John Doe v. Columbia University and Trustees of Columbia University*
       Civil Action No. 14-cv-3573 (JMF)
       Letter Motion for Extension of Time to File Reply Brief

Dear Judge Furman,

In accordance with Rule 3A of this Court's Individual Practices, Defendants Columbia University and Trustees of Columbia University respectfully submit this letter-motion requesting permission to submit a reply in support of their Motion to Dismiss the Amended Complaint on Thursday, October 2, 2014, three days after the current deadline of September 29, 2014 imposed by the Court's September 9, 2014 order.  Defendants have conferred with Plaintiff, and he takes no position on Defendants' request.

Defendants request the additional time to account for Rosh Hashanah, a two-day holiday that begins at sundown on Wednesday, September 24 and extends to sundown on Friday, September 26, thus interfering with three of the business days within the seven-day window for Defendants' reply.

We are available to discuss this or any other matters.

Respectfully submitted,


/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:    All Counsel (by ECF)