**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN DOE,

                Plaintiff,

        -against-

COLUMBIA UNIVERSITY, et al.,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 04/22/2015

14 **CIVIL** 3573 (JMF)

**JUDGMENT**

      Columbia having moved to dismiss (Doc. #34) pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Jesse M. Furman, United States District Judge, and the Court, on April 21, 2015, having rendered its Opinion and Order (Doc. #43) granting Columbia's motion to dismiss and dismissing the complaint in its entirety, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 21, 2015, Columbia's motion to dismiss is granted and the complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         April 22, 2015

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                    **BY:**    *K. Mango*
                                      **Deputy Clerk**