UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,

             Plaintiff,

    -against-

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

            Defendants.

Civ. Action No. 14-cv-3573-JMF

**NOTICE OF CROSS APPEAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Notice is hereby given that Defendants Columbia University and the Trustees of Columbia University hereby appeal to the United States Court of Appeals for the Second Circuit from opinion and order dated April 21, 2015 [Dkt. 43], as well as the final judgment dismissing the complaint in its entirety entered in this action on the 22nd day of April, 2015 [Dkt. 44], especially insofar as the order and judgment dismissed Counts Three through Eight on the basis of declining to exercise supplemental jurisdiction, rather than dismissing those claims for failure to state a claim.

Dated: New York, New York
       May 21, 2015

Respectfully submitted,

/s/ Alan E. Schoenfeld
Paul R.Q. Wolfson (*pro hac vice*)
Bruce M. Berman (*pro hac vice*)
Danielle Conley (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000

Fax: (202) 663-6363
paul.wolfson@wilmerhale.com
bruce.berman@wilmerhale.com
danielle.conley@wilmerhale.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Columbia University and Trustees of Columbia University*