UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/29/2015

JOHN DOE,

    Plaintiff,

v.

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

    Defendants.

Case No. 14-cv-3573 (JMF)

### NOTICE OF WITHDRAWAL OF DANIELLE CONLEY AS COUNSEL OF RECORD AND [    ] ORDER

**PLEASE TAKE NOTICE** that attorney Danielle Conley hereby withdraws as counsel for Columbia University and the Trustees of Columbia University ("Columbia University") in this action. As of May 29, 2015, Ms. Conley will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Columbia University continues to be represented by other counsel from WilmerHale.

Ms. Conley is not asserting a retaining or charging lien.

Dated May 28, 2015

    Respectfully submitted,

    /s/ Danielle Conley

Paul R.Q. Wolfson (pro hac vice)
Bruce M. Berman (pro hac vice)
Danielle Conley (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

paul.wolfson@wilmerhale.com
bruce.berman@wilmerhale.com
danielle.conley@wilmerhale.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants Columbia University and Trustees of Columbia University*

**SO ORDERED**

_____
JESSE M. FURMAN
United States District Judge

Dated May 28, 2015