**MANDATE**

N.Y.S.D. Case #
14-cv-3573(JMF)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand and sixteen.

Before:  Pierre N. Leval,
Christopher F. Droney,
     *Circuit Judges*,
John G. Koeltl,
     *District Judge.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 12, 2016

John Doe,

    Plaintiff - Appellant - Cross - Appellee,

v.

Columbia University, The Trustees of Columbia University,

    Defendants - Appellees - Cross - Appellants.

**JUDGMENT**
Docket Nos. 15-1536(L)
            15-1661(XAP)

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment dismissing the Complaint is VACATED and the case is REMANDED for further proceedings.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

---

\* The Honorable John G. Koeltl of the United States District Court for the Southern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/12/2016