WILMERHALE

October 18, 2016

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
  for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

RE:     *John Doe v. Columbia University and Trustees of Columbia University*
        No. 14-cv-3573 (JMF)
        Letter Motion to Adjourn Initial Pretrial Conference

Dear Judge Furman,

In accordance with Rules 1A and 2B of this Court's Individual Practices, the parties jointly submit this letter-motion requesting that this Court adjourn the initial pretrial conference scheduled for October 28, 2016.

The parties are scheduled to participate in mediation on November 4, 2016, in an effort to resolve this matter. In the event mediation is successful, there will likely be no need for further expenditure of the Court's resources. In the event the mediation is unsuccessful, however, the parties respectfully propose to notify the Court of that fact no later than November 11, 2016, at which time the initial pretrial conference could be rescheduled. The parties will then submit to the Court the required Civil Case Management Plan and Scheduling Order no later than Thursday of the week prior to the rescheduled conference date.

If the Court would prefer to go forward with the originally scheduled initial pretrial conference, the parties will of course submit the Civil Case Management Plan and Scheduling Order no later than this Thursday, October 20, 2016. We are available to discuss this or any other matters.

Respectfully submitted,


/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:     All Counsel of Record (by email and ECF)