WILMERHALE

November 1, 2016

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
 for the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:   *John Doe v. Columbia University and Trustees of Columbia University*
               No. 14-cv-3573 (JMF)

Dear Judge Furman,

In accordance with Rules 1A and 2B of this Court's Individual Practices, the parties jointly submit this letter-motion requesting that this Court adjourn the initial pretrial conference scheduled for November 21, 2016, until no sooner than January 23, 2017—two weeks after the parties' rescheduled mediation, as discussed below. This is the parties' second joint request to adjourn the initial pretrial conference.

By joint letter-motion dated October 18, 2016, the parties informed the Court that they were scheduled to participate in mediation on November 4, 2016, in an effort to resolve this matter. The parties accordingly requested that the Court adjourn the initial pretrial conference scheduled for October 28, 2016, until after mediation was completed. The Court entered an order on October 19, 2016 granting the parties' request and adjourning the initial pretrial conference to November 21, 2016. The Court further directed the parties to file their pre-conference materials no later than the Thursday before the conference.

On October 21, 2016, the parties were informed by the mediator that he would be undergoing a medical procedure and therefore would need to postpone the mediation. Since that time, the parties have worked diligently to find a date suitable for all involved. On Friday, October 28, the parties and the mediator agreed to hold the mediation on January 6, 2017, the earliest date that worked for the parties, their counsel, and the mediator.

As the parties explained in their joint letter-motion requesting an adjournment of the originally-scheduled initial pretrial conference, in the event mediation is successful, there will likely be no need for further expenditure of the Court's resources. The parties accordingly respectfully request that the initial pretrial conference be adjourned until no sooner than two weeks after the mediation date. The parties will then submit to the Court the required Civil Case Management Plan and Scheduling Order no later than Thursday of the week prior to the rescheduled conference date.

WILMERHALE

Hon. Jesse M. Furman
November 1, 2016
Page 2

The parties are of course available to address these or any other matters should the Court have questions or concerns.

Respectfully submitted,


/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc:     All Counsel of Record (by email and ECF)