USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

JOHN DOE,

                Plaintiff,

    -against-

COLUMBIA UNIVERSITY and
TRUSTEES of COLUMBIA UNIVERSITY,

                Defendants.

------------------------------- x

Civ. Action No. 14-cv-3573-JMF

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that the above-entitled action is hereby dismissed and discontinued with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 16, 2017

|  |  |
|---|---|
| Plaintiff, by his Attorneys<br>**NESENOFF & MILTENBERG**<br><br>*[signature: Philip A. Byler]*<br>By: Philip A. Byler<br>Nesenoff & Miltenberg, LLP<br>363 Seventh Avenue<br>New York, New York 10001<br>(212) 736-4500<br><br>*Attorneys for Plaintiff John Doe* | Defendants, by their Attorneys<br>**WILMER CUTLER PICKERING HALE AND DORR, LLP**<br><br>*[signature: Alan Schoenfeld]*<br>By: Alan E. Schoenfeld<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>alan.schoenfeld@wilmerhale.com<br><br>*Attorneys for Defendants Columbia University and Trustees of Columbia University* |

SO ORDERED:

*[signature]*

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

January 17, 2017                    JF

The Clerk of Court is directed to close this case. All conferences are cancelled.